IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARMON RESTER                                                                    PLAINTIFF

v.                                          Case No. 1:15-cv-1052

CITY OF EL DORADO, an incorporated
Body through Mayor Frank Hash in his
Official Capacity as Mayor and the City Council
In their Individual Official Capacity as the City
Council of El Dorado[1]                                                           DEFENDANT

## JUDGMENT

Before the Court is Defendant's Motion for Summary Judgment. ECF No. 38. Plaintiff has responded. ECF No. 42. Defendant has filed a reply. ECF No. 44. The Court finds this matter ripe for its consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 38) should be and hereby is **GRANTED**. Plaintiff's procedural due process claim as to the Pecan Street property is dismissed. Further, the Court concludes that Plaintiff does not have standing to bring a claim regarding the Robinson Street property, and any claim regarding this property is also dismissed.

**IT IS SO ORDERED**, on this 11th day of January, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] In a previous order, the Court clarified that the only Defendant in this case is the City of El Dorado. ECF No. 34, pp. 3-4.